**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Tele
415/285-3048 Fax
sabrown@entertainmentlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK HALLORAN, | CIVIL NO. CV12-1011-CBM(CWx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| RICHARD DAVIS, *et al.*, | |
| Defendants. | |

Plaintiff Mark Halloran is awarded judgment, jointly and severally, against Defendants Richard Davis and Trademark Properties, Inc. in the sum of One Hundred Sixty Five Thousand Five Hundred Seventy Nine Dollars and Seventy Nine cents ($165,579.79), plus prejudgment interest at the rate of Forty Five Dollars and Twenty Four cents ($45.24) per day, commencing on September 2, 2014 through the date of entry of judgment.

Dated: September 24, 2014

_____
Consuelo B. Marshall
United States District Judge